**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: 12-00284
Chapter 7

**ORDER AVOIDING JUDICIAL LIEN (11 U.S.C. § 522(F)(1)(A))**

The relief set forth on the following pages, for a total of __3__ pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**03/09/2012**



_/s/ John E. Waites_
US Bankruptcy Judge
District of South Carolina

Entered: 03/12/2012

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

William John Nicholson

DEBTOR(S)

CASE NO: 12-00284
CHAPTER: 7

**ORDER AVOIDING JUDICIAL LIEN (11 U.S.C. § 522(F)(1)(A))**[1]

Before the Court is the motion of the debtor to avoid the judicial lien(s) held by the following creditor(s):

| Name of creditor and description of property securing lien | Value of Debtors interest in property | Total of all other liens | Exemption | Estimated judicial lien | Judicial lien not avoided | Judicial lien avoided |
|---|---|---|---|---|---|---|
| **Community South Bank & Trust** 2010-CP-23-04923 DEBTOR'S RESIDENCE located at 16 Suffolk Downs Way, Greenville, SC 29615-4037 in Greenville County | $270,000.00 | $221,023.00 | $48,025.00 | $7,580.00 | $0.00 | $7,580.00 |
| **Wells Fargo, N.A.** 2010-CP-23-06369 DEBTOR'S RESIDENCE located at 16 Suffolk Downs Way, Greenville, SC 29615-4037 in Greenville County | $270,000.00 | $228,603.00 | $48,025.00 | $98,724.17 | $0.00 | $98,724.17 |
| **Discover Bank** 2010-CP-23-09489 DEBTOR'S RESIDENCE located at 16 Suffolk Downs Way, Greenville, SC 29615-4037 in Greenville County | $270,000.00 | $327,327.17 | $48,025.00 | $9,142.50 | $0.00 | $9,142.50 |

---

[1] This form is for use only in chapter 7, chapter 11 and chapter 12 cases.

| Name of creditor and description of property securing lien | Value of Debtors interest in property | Total of all other liens | Exemption | Estimated judicial lien | Judicial lien not avoided | Judicial lien avoided |
|---|---|---|---|---|---|---|
| Global Acceptance Credit Company 2011-CP-23-6379  DEBTOR'S RESIDENCE located at 16 Suffolk Downs Way, Greenville, SC 29615-4037 in Greenville County | $270,000.00 | $336,469.67 | $48,025.00 | $8,717.43 | $0.00 | $8717.43 |

The Court finds that the judicial lien(s) of the above-named creditor(s) impairs the exemptions to which the debtor would otherwise be entitled under 11 U.S.C. § 522(b) and Chapter 41 of Title 15, Code of Laws of South Carolina, 1976 (as amended), and that the judicial lien(s) should therefore be avoided pursuant to 11 U.S.C. § 522(f)(1)(A) in the amount(s) set forth above.

Therefore, IT IS ORDERED that the judicial lien(s) held by the above-named creditor(s) be, and hereby is/are, avoided in the amount(s) set forth above. Any judicial lien(s) set forth above which is/are avoided in full may be canceled of record at any time after thirty (30) days after a discharge in this case is granted.